IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CLAUDE DULWAINE PARKS, Individually
and on behalf of others similarly situated;
TIFFANY SNYDER; and CLAUDE PARKS
AND TIFFANY SNYDER on behalf of their
minor children                                                                                        PLAINTIFFS

V.                                                                  CAUSE NO. 1:12CV275-LG-JMR

MISSISSIPPI DEPARTMENT OF
CORRECTIONS; MISSISSIPPI ATTORNEY
GENERAL JIM HOOD; and JOHN DOES 1-20                             DEFENDANTS

## JUDGMENT

This matter having come on to be heard on the Motion to Dismiss [17] filed by Defendant Mississippi Department of Corrections, and the Motion for Summary Judgment [21] filed by Defendant Mississippi Attorney General Jim Hood, the Court, after a full review and consideration of the defendants' Motions, the pleadings on file and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Mississippi Department of Corrections pursuant to Fed. R. Civ. P. 12, and judgment is rendered in favor of Mississippi Attorney General Jim Hood pursuant to Fed. R. Civ. P. 56.  The plaintiffs' federal law claims are hereby **DISMISSED WITH PREJUDICE.**  The plaintiffs' state law claims are hereby **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 22nd day of January, 2014.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE